### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIDWEST RAILCAR CORPORATION, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEFESA ZINC US INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 23-cv-1514<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF REMOVAL

Defendant, Befesa Zinc US Inc. ("Befesa") by its attorneys, Daley Mohan Groble, P.C., and pursuant to 28 U.S.C. §§1441 and 1446, hereby removes this action from the Circuit Court of Madison County, Illinois to the United States District Court for the Southern District of Illinois. In support of its Notice of Removal, Defendant states as follows:

### PLAINTIFF'S COMPLAINT

1. Plaintiff Midwest Railcar Corporation ("MRC") commenced this action on April 3, 2023, by filing a complaint in the Circuit Court of Madison County, cause number 2023LA000529. Befesa was served with summons on April 17, 2023. (See Complaint and Summons, attached as **Exhibit A**). No other process, pleadings or orders have been served upon Befesa.

2. Plaintiff alleges that Befesa has breached a Master Lease Agreement between the parties, along with Renewal 1 and Renewal 2 to the Rider of the Agreement, by failing to return to MRC "in the same or as good condition, ordinary wear and tear excepted" 48 railcars that were leased by MRC to Befesa pursuant to the Master Lease Agreement and by failing to pay the Stipulated Loss Value of $48,000 per railcar for each of the 48 railcars. MRC claims that Befesa

1

owes this Stipulated Loss Value and other sums under the terms of the Master Lease Agreement because the railcars have reached a physical condition that is "uneconomical to repair."

## BASIS FOR FEDERAL JURISDICTION

**Diversity Of Citizenship**

3. This Court has original jurisdiction of this action under 28 U.S.C. §1332 because there is complete diversity of citizenship between the parties and the amount in controversy exclusive of interest and costs, exceeds $75,000.00.

4. Removal is timely under 28 U.S.C. §1446(b)(1) because defendant have filed this notice within thirty days of receipt of Plaintiff's complaint. (See Service of Process Transmittal Summary, attached as **Exhibit B**).

5. As stated in the first paragraph of its Complaint, MRC is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business located in Edwardsville, Illinois. Pursuant to 28 U.S.C. §1332(c)(1), MRC is deemed a citizen of the State of Illinois.

6. Befesa is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located in the State of Pennsylvania. Pursuant to 28 U.S.C. §1332(c)(1), Befesa is deemed to be a citizen of the State of Delaware and the State of Pennsylvania.

7. Based on reasonable investigation and all presently known facts, defendants state that MRC is a citizen of the State of Illinois, and that MRC is not a citizen of the States of Delaware or Pennsylvania. Therefore, there is complete diversity of citizenship between Plaintiff MRC on the one hand, and Defendant Befesa on the other hand.

**Amount in Controversy**

8. In Count I of its Complaint, MRC seeks damages in the amount of $2,385,601.76 for future rent for the railcars, plus other consequential damages, prejudgment interest, attorneys' fees, and Court costs. In Count II, MRC seeks in the alternative damages in the amount of $2,005,585.30, plus liquidated damages rent in the amount of $81,601.76 at the time the Complaint was filed, plus future lost rent in the amount $4,492,800, plus other consequential damages, prejudgment interest, attorneys' fees, and Court costs.

9. Based on the foregoing, and pursuant to 28 U.S.C. § 1446(c)(2)(B) and *Dart Cherokee Basin Operating Company, LLC v. Owens*, 135 S. Ct. 547 (2014), defendants state that the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

## NOTICE TO PLAINTIFF AND STATE COURT

10. Attached hereto as Exhibit C is the Notice of Filing Notice of Removal being filed contemporaneously with the Clerk of the Circuit Court of Madison County.

WHEREFORE, Defendant, Befesa Zinc US Inc. hereby removes this action from the Circuit Court of Madison County, Illinois to the United States District Court for the Southern District of Illinois.

Respectfully Submitted,

Daniel J. Mohan
Raymond H. Groble III
Sean M. Sullivan
Caroline McAuliffe
DALEY MOHAN GROBLE, P.C.
55 West Monroe Street, Suite 1600
Chicago, Illinois 60603
(312) 422-9999
mohan@daleymohan.com
groble@daleymohan.com
ssullivan@daleymohan.com
cmcauliffe@daleymohan.com

BEFESA ZINC US, INC.

By:   /s/ Sean M. Sullivan

## CERTIFICATE OF SERVICE

    I, Sean M. Sullivan, an attorney, hereby certify that on May 4, 2023, I caused the foregoing **NOTICE OF REMOVAL** to be served upon the following attorneys of records via email and this Court's electronic filing system:

> Robert L. Jackstadt
> Tueth, Keeney, Cooper, Mohan & Jackstadt P.C.
> 101 West Vandalia, Suite 210
> Edwardsville, Illinois 62025
> Phone: 618-692-4120
> Fax: 618-692-4122
> rjackstadt@tuethkeeney.com

                                          /s/ Sean M. Sullivan
                                      SEAN M. SULLIVAN