# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MIDWEST RAILCAR CORPORATION,
*Plaintiff,*

v.

BEFESA ZINC US, INC.,
*Defendant.*

Civil Number: **23-cv-1514-RJD**

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 17, 2023, this case is DISMISSED with prejudice. Each party to bear their own costs.

**DATED: November 20, 2023**

MONICA A. STUMP
CLERK OF COURT

By: *s/ Jamie Melson*
Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
HON. REONA J. DALY
UNITED STATES MAGISTRATE JUDGE